United States District Court
Southern District of Texas
**ENTERED**
May 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN CARLOS LAURA - ARGUELLES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-00003 |
| | § | |
| MANAGEMENT TRAINING | § | |
| CORPORATION, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Report and Recommendation of the Magistrate Judge" ("R&R") (Docket No. 10). The R&R recommends dismissing Juan Carlos Laura - Arguelles' ("Plaintiff") "Prisoner Pro Se Complaint for Violations of Civil Rights" ("Motion") (Docket No. 1) and directing the Clerk of Court to close this case. Docket No. 16.

On March 18, 2020, the Clerk of Court sent the R&R via certified mail to Plaintiff. Docket No. 11. Objections are due 14 days after a *pro se* certified return receipt is docketed. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996). Neither party filed objections. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Accordingly, Plaintiff's Motion (Docket No. 1) is **DISMISSED** and the Clerk of the Court is **ORDERED** to **CLOSE** this case.

Signed on this _20th_ day of _May_, 2020.

_____
Rolando Olvera
United States District Judge